UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELENA AFANASYEVA.,

        Plaintiff,

- against -

CATS ON THE BAY, INC. D/B/A CATS CAFE,

        Defendant.
------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
19-CV-4421 (RRM) (RML)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      In a report and recommendation dated June 29, 2020, (the "R&R"), Magistrate Judge Robert M. Levy recommended that the Court approve the settlement agreement between the parties, finding that the settlement agreement is the product of arms-length negotiations and satisfies the criteria in *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). (Order of 6/29/2020.) Judge Levy advised the parties that they had 14 days from the date of that R&R in which to file objections. (*Id.*) The R&R was electronically served on June 29, 2020. To date, neither party has filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

      ORDERED that the R&R is adopted in its entirety and the motion for settlement is granted and the settlement is approved.

                           SO ORDERED.

Dated: Brooklyn, New York
       July 14, 2020

                           *Roslynn R. Mauskopf*
                           _____
                           ROSLYNN R. MAUSKOPF
                           Chief United States District Judge